UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10021-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MODESTO GARCIA-RODRIGUEZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on August 20, 2013. A Report and Recommendation was filed on September 12, 2013, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Lurana S. Snow, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Indictment which charges the Defendant, with attempted illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of October, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office